## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **EDEKKA LLC,** | |
| Plaintiff, | Case No. 2:14-cv-405 |
| v. | **CONSOLIDATED CASE** |
| **BARNEYS NEW YORK, INC.,** | **LEAD CASE** |
| Defendant. | |
| **EDEKKA LLC,** | |
| **Plaintiff,** | Case No. 2:14-cv-00417-JRG |
| v. | **PATENT CASE** |
| **COACH, INC.,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

### ORDER OF DISMISSAL OF DEFENDANT COACH WITH PREJUDICE

On this day the Court considered the Agreed Motion to Dismiss Coach with Prejudice, between Plaintiff eDekka LLC ("eDekka") and Defendant Coach, Inc. ("Coach"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by eDekka against Coach are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 21st day of October, 2014.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE